# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-266 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR VICTOR RODOLFO REYES, JR. (ID#) 77938 |
| vs. | |
| VICTOR RODOLFO REYES, JR., | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **VICTOR RODOLFO REYES, JR.** before the United States District Court at Las Vegas, Nevada, on or about _____IA&AP Thurs 10/24/19 2:30 pm VCF 3D_____, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada State Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

```
____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

              OCT 1 5 2019

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. : 2:19-cr- 266 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR VICTOR RODOLFO REYES, JR. (ID#) 77938 |
| vs. | |
| VICTOR RODOLFO REYES, JR., | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **VICTOR RODOLFO REYES, JR.** is committed by due process of law in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said **VICTOR RODOLFO REYES, JR.** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **VICTOR RODOLFO REYES, JR.** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _IA&AP Thurs 10/24/19 2:30 pm VCF 3D_____, for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **VICTOR RODOLFO REYES, JR.** before the United States District Court on or about ___IA&AP Thurs 10/24/19 2:30 pm VCF 3D___, for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **VICTOR RODOLFO REYES, JR.** before the United States District Court on or about ___IA&AP Thurs 10/24/19 2:30 pm VCF 3D___, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

DATED this 15th day of October, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

BRIAN WHANG
Assistant United States Attorney